UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AHKIEZER BENDAN TIMMS,

    Plaintiff,

v.                                                                  Case No. 3:18cv2148-MCR-HTC

T. DEFRANCESCO, et al.,

    Defendants.
_____/

## ORDER

This case is before the Court on the Magistrate Judge's Report and Recommendation dated April 4, 2019. ECF No. 27. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of the timely filed objections. ECF No. 28. The Court finds that the objections lack merit, and the Court adopts the reasoning set forth in the Report. However, the Plaintiff has since filed a Motion for Leave to Refile and Correct Service of Process, ECF No. 29, requesting an additional fourteen (14) days to reissue summonses with the Complaint and to provide proof of service, as previously ordered. Because Plaintiff is pro se, and out of an abundance of caution, the Court will grant Plaintiff's motion and permit him one final opportunity to comply.

Therefore, the Report and reasoning set forth is adopted but the Recommendation to dismiss is rejected. Plaintiff will be given the requested 14 days to perfect service and must file proof of timely service of the summons and Complaint on the docket of this case, or the case will be dismissed.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 27, is adopted in part and incorporated in part by reference in this Order, but the recommendation to dismiss is rejected at this time.

2. Plaintiff's "Notice of Motion Plaintiff Demands for Default Judgment Failure to Respond and Dismissal under Federal Rule 12(B)(6) Failure to State a Claim Default Judgment Defendant's Lacks Standing," ECF No. 26, is **DENIED**.

3. The Defendants' Motions to Quash Summonses and to Dismiss Complaint, ECF No. 15, is **DENIED without prejudice**.

4. Plaintiff's Motion for Leave to Refile and Correct Service of Process, ECF No. 29, is **GRANTED.** The Clerk is directed to mail Plaintiff summonses for each Defendant one final time, and Plaintiff has fourteen (14) days to serve the summonses along with a copy of the Complaint on each Defendant and to file proof of service of the summons and Complaint on the docket of this case. If no notice is

filed showing proof of service within this extended time, the case will be dismissed.

5. Plaintiff's pending Motion for Summary Judgment, ECF No. 31, is **DENIED** as premature.

**DONE AND ORDERED** this 19th day of July 2019.


*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**