# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

AHKIEZER BENDAN TIMMS,

    Plaintiff,

v.                                                 CASE NO. 3:18cv2148-MCR-HTC

T. DEFRANCESCO, et al.,

    Defendants.

_____/

## **O R D E R**

This cause is before the Court on consideration upon the Magistrate Judge's Report and Recommendation dated August 26, 2019. ECF No. 37. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections. ECF No. 38.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' Second Motion to Quash Summonses and to Dismiss Complaint, ECF No. 36, is **GRANTED**.

3. Plaintiff's claims against the Defendants are **DISMISSED WITHOUT PREJUDICE**.

4. The Clerk shall close the file.

**DONE AND ORDERED** this 25th day of September 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**